55 A.3d 101

**Winslow SHAW, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 31 EAP 2012.**

Supreme Court of Pennsylvania.

Oct. 16, 2012.

Winslow Shaw, pro se.

Barbara L. Christie, John Jason Talabar, PA. Board of Probation & Parole, Harrisburg, for Pennsylvania Board of Probation and Parole.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2012, the Order of the Commonwealth Court is **AFFIRMED.**